for claimant-respondent George Hartung upon appeal from a decision of the Unemployment Insurance Appeal Board in favor of the claimant granted, and fee fixed at $150, to be paid by the Industrial Commissioner. Gibson, P. J., Herlihy, Reynolds, Aulisi and Hamm, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUDOLPH MURPHY, Petitioner, v. DANIEL McMANN, as Warden of Clinton Prison, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied as insufficient on its face. Judgment signed and entered. Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.

■ In the Matter of DONALD E. DE GROAT, Appellant, v. PAUL D. McGINNIS, as Commissioner of Correction, et al., Respondents.— Motion for permission to proceed as a poor person and assignment of counsel denied, and cross motion to dismiss appeal granted, without costs, on the ground that the order sought to be reviewed is not appealable as of right (CPLR 5701, subd. [b], par. 1). Petition for judgment pursuant to CPLR (art. 78) dismissed for failure of jurisdiction (CPLR 304). (See *Matter of De Groat* v. *Wallack*, 23 A D 2d 629, mot. for lv. to app. den. 15 N Y 2d 486.) Gibson, P. J., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CURLEAN KELLY, Petitioner, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied for failure of compliance with article 70 of the Civil Practice Law and Rules, and more particularly for petitioner's failure to annex to the petition a copy of the mandate by virtue of which he is detained, as required by CPLR 7002 (subd. [c], par. 1), and as otherwise insufficient on its face. Judgment signed and entered. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES R. OLSEN, Petitioner, v. DANIEL E. DAMON, as Superintendent of Elmira Reformatory, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied for failure of compliance with article 70 of the Civil Practice Law and Rules, and more particularly for petitioner's failure to annex to the petition a copy of the mandate by virtue of which he is detained, as required by CPLR 7002 (subd. [c], par. 1), and as otherwise insufficient on its face. Judgment signed and entered. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERBERT G. NORTHRUP, Petitioner, v. DANIEL McMANN, as Warden of Clinton Prison, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied for failure of compliance with article 70 of the Civil Practice Law and Rules, and more particularly for petitioner's failure to annex to the petition a copy of the mandate by virtue of which he is detained, as required by CPLR 7002 (subd. [c], par. 1), and as otherwise insufficient on its face. Judgment signed and entered. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH G. CHURCH, Appellant.— Motion to dismiss appeal from order entered in Oneonta City Court denied, and appeal transferred to Otsego County Court, without prejudice to a further application in that court, if respondent be so advised, to dismiss the appeal on the ground that it was not timely taken (N. Y. Const., art. VI, § 5, par. b). Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ In the Matter of GEORGE WHEELER, Respondent, v. LESLIE J. HOFFMAN, Respondent, and NEW YORK STATE LIQUOR AUTHORITY, Appellant. (And Two